Schiff Hardin LLP
Jeffrey V. Commisso, Bar No. 191267
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
SANFORD, L.P.

Cogswell, Nakazawa & Chang, LLP
Peiwen Chang, Bar No. 155166
444 West Ocean Blvd., Suite 1250
Long Beach, CA 90802
Telephone: (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants
EAST AMEROASIS IMPORT INC. and EAST ALL WINS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD, L.P., | Case No. CV 08-2164 DSF (PLAx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| EASTAMEROASIS IMPORT INC., EAST ALL WINS, INC., CHINA YIWU LUZHOU IMPORT & EXPORT CO., LTD., YIWU LUZHOU IMPORT AND EXPORT CO., LTD., ZHEJIANG OASIS PAPER CUP & DINNER SETS CO., LTD., and ZHEJIANG YIWU LUZHOU IMPORT AND EXPORT CO., LTD., | |
| Defendants. | |

On April 1, 2008, Plaintiff Sanford, L.P ("Sanford") filed a Complaint against defendants East Ameroasis Import Inc. ("East Ameroasis") and East All Wins, Inc. ("East All Wins") (collectively "Defendants"), as well as other parties, with respect to the trademark rights and the trade dress rights of Sanford's SHARPIE® marker, alleging, among other things, (1) trademark infringement, false advertising and related acts of unfair competition acts all as prohibited by the Trademark Act of 1946, as amended (the "Lanham Act," 15 U.S.C. §1051, et seq.); (2) trade dress infringement, false advertising and related acts of unfair competition all as prohibited by §43(a) of the Lanham Act; (3) dilution as prohibited by §43(c) of the Lanham Act; (4) deceptive trade practices and consumer fraud as prohibited by California Business and Professional Code Section 17200 et seq.; and (5) common law unfair competition under California law. Pursuant to the parties' settlement of this action, as documented in a separate settlement agreement, the parties have agreed to this Consent Judgment by which it is hereby FOUND, ORDERED, ADJUDGED, and DECREED that:

## FINDINGS

A. The United States Patent and Trademark Office has issued two federal trademark registrations to Sanford, namely, United States Registration No. 807,818 for the SHARPIE® Stylized Trademark and United States Registration No. 2,721,523 for the SHARPIE® Word Trademark (collectively referred to as the "SHARPIE® Trademarks"). The famous SHARPIE® Stylized Trademark is shown below.



B. The SHARPIE® marker consists of a tapered, cigar-shaped gray barrel; a tapered, fully-colored cap that contrasts with the gray color of the barrel; and a cap-to-barrel ratio of approximately 1/3 to 2/3 (a 1:2 ratio) of the total size of the marker (the "SHARPIE® Trade Dress"). These elements are illustrated below.

**Cap is 1/3 of Marker**  **Barrel is 2/3 of Marker Length**

Tapered, Cigar-Shaped End

Tapered, Cigar-Shaped End

**Fully Colored Cap**  **Gray Barrel**

C. Based on over 40 years of use on a substantially exclusive basis, the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, have acquired distinctiveness. Consumers have come to rely upon the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, as indications of the source and quality of the product. After extensive advertising, the SHARPIE® Trademarks and the SHARPIE® Trade Dress, individually, are famous and have become distinctive of Sanford's permanent markers and have built up extremely valuable goodwill inuring solely to the benefit of Sanford.

D. At least one of Defendants has distributed, sold, and offered for sale the following markers (the "Shapely Markers"). Photographs of the Shapely Markers in their packaging are shown below.

ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -   [PROPOSED] CONSENT JUDGMENT




**The Shapely Markers**

## ORDER

1. Defendants and their affiliates, predecessors, successors, officers, directors, agents, and assigns and anyone acting under their direction or supervision or in concert with any of them are hereby permanently enjoined from use, including sales, offers to sell, marketing, promotion, advertising, manufacture, distribution, importation or exportation, worldwide, of any trademark that is confusingly similar to the SHARPIE® Trademarks (including that found on the Shapely Markers), and from such use of a confusingly similar stylization of the SHARPIE® Stylized Trademark. In addition, Defendants and their affiliates, predecessors, successors, officers, directors, agents, and assigns and anyone acting under their direction or supervision or in concert with any of them are hereby permanently enjoined from use, including sales, offers to sell, marketing, promotion, advertising, manufacture, distribution, importation or exportation, worldwide, of any trade dress that is confusingly similar to the SHARPIE® Trade Dress (including that found in the Shapely Markers), and from such use of a confusingly similar design

for a marker with a gray barrel, a cigar-shaped barrel, or a cap similar in appearance and proportion to that found in the SHARPIE® Trade Dress.

    2.    This Court has jurisdiction over the parties to this action and over the subject matter of the Complaint and shall retain jurisdiction over this matter for purposes of enforcing this Consent Judgment and the parties' settlement agreement.

    3.    The parties shall bear their costs and attorneys' fees pursuant to the parties' settlement agreement.

SO ORDERED

Dated: July 25, 2008          _Dale S. Fischer_

AGREED TO:

| SANFORD, L.P. | EAST AMEROASIS IMPORT INC. |
|---|---|
| By: /s/ | By: /s/ |
| Title: /s/ | Title: /s/ |
| Date: 7/24/08 | Date: 7/20/08 |
| | |
| | EAST ALL WINS, INC |
| | By: /s/ |
| | Title: /s/ |
| | Date: 7/20/08 |

CH1\5887427.1